UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-18-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| DEANDRE L. MILES | |

This matter having come before the Court by an unopposed motion of the Office of the Federal Public Defender to hold defendant's motion to suppress evidence [DE 46] in abeyance until after defendant's arraignment.

For good cause shown, the motion is GRANTED, and defendant's arraignment shall now be set for September 11, 2019. This Court finds the ends of justice served by granting of this motion outweigh the best interests of the public and the defendant in a speedy trial. Any delay shall be excluded from speedy trial computation. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

This 22nd day of August, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge